NICHOLAS CIRILLO, Appellant, v. THE CITY OF NEW YORK, Respondent. (Consolidated Actions — Actions No. I and No. II.) — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ. [170 Misc. 230.]

AUGUSTA FIRESTONE, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

ANNE S. STEIN, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of HELEN RICHEY, Respondent, v. GUS WEILAND, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN P. WARD and Others, Petitioners, Appellants, for an Order under Article 78 of the Civil Practice Act, against PAUL J. KERN, as President of the Municipal Civil Service Commission of the City of New York, and Others, as Commissioners of the Municipal Civil Service Commission of the City of New York, and WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MOE LEVY, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse and dismiss the information on the ground that the evidence failed to establish defendant's guilt beyond a reasonable doubt.